

**ACHILLE ALIPOUR**
Direct Dial: (718) 691-7936
aalipour@chartwelllaw.com

**Reply To: New York Office**
One Battery Park Plaza, Suite 710
New York, NY  10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

March 27, 2025

<u>**VIA ECF**</u>

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



      Re:   *Certain Underwriters at Lloyds, London subscribing to policy number LCC000277 v. Kinsale Insurance Company*
            1:24-cv-08602

Dear Judge Failla:

     The undersigned is counsel for Plaintiff, Certain Underwriters at Lloyd's, London subscribing to policy number LCC000277 ("Underwriters"). We write to respectfully request a two-week adjournment of Defendant Kinsale Insurance Company's ("Defendant") Motion to Compel Arbitration (see ECF No. 13), filed on March 10, 2025, and an extension of Underwriters' time to oppose the motion to April 7, 2025. Underwriters have not previously sought an adjournment of this motion, and Defendant has consented to this request.

     We thank the Court for its attention to this matter.

                                   Respectfully submitted,

                                   **CHARTWELL LAW**

                                   By: *Achille Alipour*
                                      Achille Alipour, Esq.

**cc.  Counsel of Record via ECF**

Application GRANTED.  Plaintiff shall file its opposition on or before **April 7, 2025**.  Defendant shall file any reply on or before **April 21, 2025**.

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Dated:     March 27, 2025            SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE