

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874
hurwitzfine.com

**Lexi R. Horton**
lrh@hurwitzfine.com



July 2, 2025

**VIA ECF**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

   Re: *Certain Underwriters at Lloyds, London subscribing to policy number LCC000277 v. Kinsale Insurance Company*
     Case No.: 1:24-cv-08602

Dear Justice Failla:

The undersigned is counsel for Defendant, Kinsale Insurance Company ("Kinsale"). We write on behalf of all parties to respectfully request that the post-fact pretrial conference currently scheduled for July 9, 2025, be adjourned in light of the pending motion to compel arbitration, which is under this Court's consideration.

In addition, we respectfully request a 60-day extension of the discovery deadlines set forth in the Civil Case Management Plan and Scheduling Order while the motion is under consideration. Currently, the case management plan requires all fact discovery to have been completed by June 26, 2025. A 60-day extension would provide that all fact discovery be completed by August 25, 2025.

Thank you for Your Honor's review and consideration of this request. Should the Court require any additional information, please do not hesitate to contact the undersigned.

              Respectfully submitted,

              HURWITZ FINE P.C.

              *Lexi R. Horton*

              Lexi R. Horton



**HURWITZ FINE P.C.**

July 2, 2025
Page | 2

Cc:     (*via ECF*)

   Achille Alipour, Esq.
   Chartwell Law
   One Battery Park Plaza, Suite 710
   New York, NY 10004

---

Application GRANTED.  The conference scheduled for July 9, 2025, is ADJOURNED *sine die*.

Further, the Court GRANTS a 60-day extension of the discovery deadlines set forth in the Civil Case Management Plan and Scheduling Order.  The fact discovery deadline is ADJOURNED to on or before **August 25, 2025,** and expert discovery is ADJOURNED to **October 9, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 19.

Dated:     July 2, 2025            SO ORDERED.
           New York, New York

                                   *Katherine Polk Failla*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE