UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER LCC000277,

Plaintiff,

-v.-

KINSALE INSURANCE COMPANY,

Defendant.

24 Civ. 8602 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On September 2, 2026, the Court received a certified copy of an Order by the Second Circuit Court of Appeals, endorsing the parties' stipulated withdrawal of their interlocutory appeal. (Dkt. #29).

Accordingly, the parties are ORDERED to submit a joint letter proposing next steps in this case on or before **September 18, 2026.**

SO ORDERED.

Dated: September 3, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge